MARK B. MIZRAHI (CA State Bar No. 179384)
  mmizrahi@wrslawyers.com
MAX N. WELLMAN (CA State Bar No. 291814)
  mwellman@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 W. Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
Facsimile:  (310) 479-1422

*Attorneys for Plaintiff/counterdefendant,
Kellytoy Worldwide, Inc.*

Jeffrey A. Kobulnick (CA State Bar No. 228299)
  jkobulnick@bg.law
Michael A. Bernet (CA State Bar No. 306657)
  mbernet@bg.law
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099

*Attorneys for Defendant/counterclaimant,
M. S. A. Trading, Inc. and defendants,
CVS Pharmacy, Inc. and Michaels Stores, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYTOY WORLDWIDE, INC., a California corporation;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. S. A. TRADING, INC., a California corporation; CVS PHARMACY, INC., a Rhode Island corporation; MICHAELS STORES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>And Related Counterclaim. | Case No. CV18-03740 FMO (PLAx)<br><br>Assigned to:  Hon. Fernando M. Olguin<br><br>**STIPULATION OF DISMISSAL OF CASE IN ITS ENTIRETY WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby STIPULATED AND AGREED by and among the parties to the above-captioned action (the "Action"), by and through their undersigned counsel, that this Action, together with all claims asserted by the parties against each other in the Action, shall be, and are hereby, voluntarily DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

Respectfully Submitted this 23rd day of January, 2019.

Dated: January 23, 2019            BRUTZKUS GUBNER

                                   By: /s/ Michael A. Bernet
                                       JEFFREY A. KOBULNICK
                                       MICHAEL A. BERNET
                                   Attorneys for Defendants,
                                   **M. S. A. TRADING, INC., CVS PHARMACY, INC. and MICHAELS STORES, INC.**

Dated: January 23, 2019            WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

                                   By: /s/ Mark B. Mizrahi
                                       MARK B. MIZRAHI
                                   Attorneys for Plaintiff,
                                   **KELLYTOY WORLDWIDE, INC.**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: January 23, 2019            WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

                                   By: /s/ Mark B. Mizrahi
                                       MARK B. MIZRAHI
                                   Attorneys for Plaintiff,
                                   **KELLYTOY WORLDWIDE. INC.**